UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-MJ-1335

IN THE MATTER OF THE SEARCH OF 5652 )
Thea Lane, Apartment A, Raleigh, North )
Carolina, 27606 )
)
) **ORDER TO UNSEAL**
)
)

Upon motion of the government, the previously requested application, affidavit, and order authorizing the search warrant in the above captioned matter are hereby ORDERED unsealed. SO ORDERED.

March 23, 2015                    *Robert T Numbers II*
DATE                              United States Magistrate Judge